UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HUD URBAN DEVELOPMENT, et al.,<br><br>        Defendants. | Case No. 1:24-cv-00815-KES-BAM<br><br>FINDINGS AND RECOMMENDATIONS REGARDING PENDING *IN FORMA PAUPERIS* APPLICATIONS<br><br>(Docs. 2, 5, 8)<br><br>**FOURTEEN-DAY DEADLINE** |

On July 16, 2024, Emma Dunn, Ariel Dunn, Richie Dunn, Aaliyah Dunn, and Ashanti Dunn ("Plaintiffs") filed the instant civil action. (Doc. 1.) Plaintiff Emma Dunn also filed an application to proceed *in forma pauperis*. (Doc. 2.) On July 22, 2024, the Court reviewed these filings, identified various deficiencies, and ordered as follows: (1) if Plaintiffs Ariel Dunn, Richie Dunn, Aaliyah Dunn, and Ashanti Dunn wish to proceed in this action along with Plaintiff Emma Dunn, then they shall file an amended complaint that includes the signatures of each plaintiff proceeding pro se; (2) if Plaintiffs Ariel Dunn, Richie Dunn, Aaliyah Dunn, and Ashanti Dunn wish to proceed in this action, then they shall file an application to proceed in forma pauperis, completed and signed, or in the alternative pay the $405.00 filing fee for this action; and (3) Plaintiff Emma Dunn shall file an application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. (Doc. 3.)

On August 6, 2024, Plaintiffs filed a first amended complaint, along with a joint application by Plaintiffs Emma Dunn and Alana Dunn to proceed *in forma pauperis*. (Docs. 4, 5.) On October 4, 2024, the Court reviewed these filings, identified various issues, and ordered as follows: (1) if Plaintiffs Emma Dunn and Alana Dunn wish to proceed together in this action,

1  then they shall file an amended complaint that includes both of their signatures; and (2) Plaintiffs
2  Emma Dunn and Alana Dunn shall each complete and file an Application to Proceed in District
3  Court Without Prepaying Fees or Costs (Long Form) – AO 239 or, in the alternative, pay the
4  $405.00 filing fee for this action. (Doc. 6.)

5  On October 10, 2024, the $405.00 filing fee for this action was paid. (*See generally*
6  Docket.) On the same date, Plaintiffs Emma Dunn and Alana Dunn filed what appears to be a
7  second amended complaint, (Doc. 7), along with an application by Plaintiff Alana Dunn to
8  proceed *in forma pauperis*, (Doc. 8.)

9  In a multiple-plaintiff case, such as this one, only one filing fee needs to be paid. *See*
10 *Dupont v. Sterling Family Trust*, No.2:23-cv-09785-SVW-AS, 2024 WL 589880, at * 1 (C.D.
11 Cal. Jan. 19, 2024) (noting only one filing fee needs to be paid in a multiple-plaintiff case); *see*
12 *also Warren v. Wasden*, No. 1:23-CV-00116-DCN, 2023 WL 3886491, at *1 (D. Idaho June 8,
13 2023) ("When multiple plaintiffs file a complaint only one filing fee need be paid."); *Vega v.*
14 *Weeks Wholesale Rose Grower, Inc.*, No. 1:07-cv-00225-OWW-TAG, 2007 WL 587005, at *2
15 (E.D. Cal. Feb. 23, 2007) (denying remaining applications to proceed *in forma pauperis* where
16 other plaintiffs financially able to pay the fee "[b]ecause there is only one filing fee to be paid in
17 [a] multi-plaintiff action"). Because the filing fee has been paid in this action, IT IS HEREBY
18 RECOMMENDED that the pending requests to proceed *in forma pauperis* (Docs. 2, 5, 8) be
19 DENIED.

20 These Findings and Recommendations will be submitted to the United States District
21 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within
22 **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiffs may
23 file written objections with the court. The document should be captioned "Objections to
24 Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed**
25 **fifteen (15) pages or include exhibits. Exhibits may be referenced by document and page**
26 **number if already in the record before the Court. Any pages filed in excess of the 15-page**
27 **limit may not be considered.** Plaintiffs are advised that failure to file objections within the
28 specified time may result in the waiver of the "right to challenge the magistrate's factual

2

findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 17, 2024**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE