1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EMMA DUNN, et al.,                          No.  1:24-cv-00815-KES-BAM

12                    Plaintiffs,                  ORDER REGARDING PLAINTIFF'S
                                                   NOTICE
13           v.
                                                   (Doc. 16)
14    HUD URBAN DEVELOPMENT, et al.,

15                    Defendants.

16

17

18           On March 27, 2025, Plaintiffs filed a notice with the Court.  (Doc. 16.)  However, this

19    notice included pages that relate to an apparent social security matter or "ALJ Judge Appeal

20    Hearing."  (*See* Doc. 16 at 6-12.)  As the Defendants in this case are listed as HUD Urban

21    Development, Zuber Real Estate, and Guarantee Real Estate, and that portion of Plaintiffs notice

22    appears to be from an unrelated social security appeal, the Court reminds Plaintiff that filings in

23    this matter should pertain to the instant action, *Dunn et al v. HUD Urban Development et al*,

24    1:24-cv-00815-KES-BAM.  The Court takes no action regarding the notice.

25    IT IS SO ORDERED.

26    Dated:   **April 3, 2025**                    /s/ *Barbara A. McAuliffe*

27                                                  UNITED STATES MAGISTRATE JUDGE

28

                                                   1