UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN and ALANA DUNN,<br><br>    Plaintiffs,<br><br>    v.<br><br>HUD URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00815-KES-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION AND UPDATE DOCKET |

On October 10, 2024, Plaintiffs Emma Dunn and Alana Dunn filed the operative second amended complaint ("SAC") in this action. (Doc. 7.) The SAC no longer names any other plaintiffs, including Ariel Dunn, Richie Dunn, Aaliyah Dunn, and Ashanti Dunn. The Clerk of the Court is therefore directed to amend the caption and docket accordingly.

IT IS SO ORDERED.

Dated:   **June 26, 2025**                    /s/ Barbara A. McAuliffe           _
                                              UNITED STATES MAGISTRATE JUDGE

1